**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-7654**

———————

MORTON R. SETLIFF,

              Plaintiff – Appellant,

        v.

VA. PAROLE BOARD, Va DOC Parole Board; GOV. TIM KAINE, Va.
Governor,

              Defendants – Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Mark S. Davis, District
Judge.  (2:08-cv-00310-MSD-JEB)

———————

Submitted:  January 13, 2009      Decided:  January 16, 2009

———————

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Morton R. Setliff, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morton R. Setliff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Setliff v. Va. Parole Bd., No. 2:08-cv-00310-MSD-JEB (E.D. Va. filed Aug. 4, 2008; entered Aug. 5, 2008). We deny Setliff's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED